STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:   541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00112 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. §§ 860(a) and |
| ) | 18 U.S.C. § 2. |
| BEATRICE FANENE, and  (01) ) | |
| WILLIAM CABACUNGAN,    (02) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 19, 2000, within the District of Hawaii, WILLIAM CABACUNGAN, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about January 21, 2000, within the District of Hawaii, WILLIAM CABACUNGAN, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 3

The Grand Jury further charges that:

On or about January 28, 2000, within the District of Hawaii, BEATRICE FANENE, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 4

The Grand Jury further charges that:

On or about February 11, 2000, within the District of Hawaii, WILLIAM CABACUNGAN and BEATRICE FANENE, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

### COUNT 5

The Grand Jury further charges that:

On or about February 16, 2000, within the District of Hawaii, BEATRICE FANENE, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a school.

In violation of Title 21, United States Code, Section 860(a).

DATED: 3/16/00            , 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney


United States v. Beatrice Fanene and William Cabacungan
"Indictment"