AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:00CR00112-002
DEFENDANT: WILLIAM CABACUNGAN

Judgment - Page 3 of 5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED (100) DAYS.

This term consists of ONE HUNDRED (100) DAYS as to each of Counts 1, 2, and 4, all such terms to run concurrently.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ____o'clock and ____min. ____M
SUE BEITIA, CLERK

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before __ on __.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 12-21-05 to FDC Honolulu
at Honolulu, HI, with a certified copy of this judgment.

John T. Rothman
~~WARDEN~~ UNITED STATES MARSHAL

By W. Tsai
LEE ~~Deputy U.S. Marshal~~