PROB. 12B
(7/93)

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

## for the

### DISTRICT OF HAWAII

JUN 2 6 2006

at 9 o'clock and 2 min W M
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  WILLIAM CABACUNGAN     Case Number:  CR 00-00112SOM-02

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence:  8/14/2000

Original Offense:     <u>Counts 1 and 2:</u>  Possession With Intent to Distribute and
Distribution of Methamphetamine Within 1,000 Feet of a School, in
violation of 21 U.S.C. § 860(a), Class B felonies

<u>Count 4:</u>  Aiding and Abetting the Possession With Intent to
Distribute and Distribution of Methamphetamine Within 1,000 Feet
of a School, in violation of 21 U.S.C. § 860(a) and 18 U.S.C. § 2, a
Class B felony

Original Sentence:    Twelve months and one day imprisonment as to each of Counts 1,
2, and 4 of the Indictment, all such terms to be served concurrently,
and 6 years supervised release as to each of Counts 1, 2, and 4 of
the Indictment, all such terms to run concurrently, with the following
special conditions:  1) That the defendant is prohibited from
possessing any illegal or dangerous weapons; 2) That the
defendant participate in a substance abuse program, which may
include drug testing at the discretion and direction of the Probation
Office; 3) Without the prior approval of the Probation Office, the
defendant shall not enter the "Operation Weed and Seed" target
area which is bordered by Lunalilo Freeway, Nuuanu Avenue,
Bethel Street, Nimitz Highway, North King Street, Dillingham
Boulevard, and Kokea Street, as depicted in the map attached to
the Judgment; 4) That the defendant shall not enter the
geographical area bordered by King Street, Waiakamilo Road,
Dillingham Boulevard, and Kalihi Street without prior approval of
the Probation Office as depicted in the map attached to the
Judgment; and 5) Defendant shall submit his person, residence,
place of employment, or vehicle to a search conducted by the
U.S. Probation Office at a reasonable time and in a reasonable

Prob 12B
(7/93)

2

manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Modification: On 9/20/2005, the Court modified the conditions of supervised release and imposed the following additional condition: General Condition - That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition); Special Condition No. 2 - That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing, at the discretion and direction of the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; and Special Condition No. 6 - That the defendant be placed in Mahoney Hale, a community corrections center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

Revocation: On 12/7/2005, the Court revoked the offender's supervised release for the following violations: 1) positive urine specimens for methamphetamine and amphetamine; 2) refusal to comply with drug testing; 3) admission to using methamphetamine; 4) failure to report to the probation officer; and 5) left Mahoney Hale without permission. The Court sentenced him to 100 days imprisonment as to each of Counts 1, 2, and 4, all such terms to run concurrently, and 15 months supervised release as to each of Counts 1, 2, and 4, all such terms to run concurrently, with the following special conditions: 1) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or

Prob 12B
(7/93)

3

evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release    Date Supervision Commenced: 3/8/2006

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

   4.    That the defendant serve 4 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

## CAUSE

Violation Number          Nature of Noncompliance

1. General Condition       The offender's urine specimen submitted on 6/7/2006 tested positive for marijuana.

As the Court may recall, a Report on Offender Under Supervision was submitted on 4/13/2006 informing the Court that the offender's urine specimen submitted on 3/27/2006 tested positive for amphetamine and methamphetamine. Your Honor concurred with our recommendation of no action as the offender had not started his substance abuse treatment at the Freedom Recovery Services (FRS). Currently the offender attends weekly counseling sessions at FRS.

On 6/7/2006, the offender submitted a urine specimen which tested presumptive positive for amphetamine, methamphetamine, and THC. The specimen was sent to the laboratory for confirmation. The offender admitted that he used those illicit substances on 6/6/2006. The offender expressed remorse and asked to be given another chance as he was employed (Kamaaina Termite & Pest Control) and wanted to support his parents.

Prob 12B
(7/93)

    In order to impress upon the offender the seriousness of his continued illicit drug use, it is respectfully recommended that the Court modify the offender's conditions of supervision to require him to serve four (4) months of home detention with electronic monitoring.  The offender has been warned that any future violations will likely result in our recommendation that revocation proceedings be initiated.

    We received the laboratory confirmation on 6/20/2006 reflecting a confirmation for THC.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of  the conditions of supervised release.  The subject's attorney (David F. Klein) and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date:  6/21/2006

Prob 12B
(7/93)

5

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[  ]  Other

Susan Oki Mollway

SUSAN OKI MOLLWAY
U.S. District Judge

6/22/06
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

*4.*    That the defendant serve 4 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

Witness: _____
MERILEE N. LAU
U.S. Probation Officer

Signed: _____
WILLIAM CABACUNGAN
Supervised Releasee

6-13-2006
Date