PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
UN     DISTRICT OF HAWAII

JUN 0 7 2007

at ___ o'clock and ___ min ___ M
at ___ SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                    Criminal No. CR 00-00112SOM-02

WILLIAM CABACUNGAN

It appearing that the above named has complied with the conditions of supervised release imposed

by the Order of the Court heretofore made and entered in this case and that the period of supervised release

expired on 6/7/2007, I therefore recommend that the defendant be discharged from supervised release and

that the proceedings in the case be terminated.

Respectfully submitted,

MERILEE N. LAU
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release

and that the proceedings in the case be terminated.

Dated this 7th day of June, 2007.

SUSAN OKI MOLLWAY
U.S. District Judge